UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSEPH HEARN, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:12-cv-129 |
| | ) | 2:09-cr-101 |
| v. | ) | |
| | ) | Judge Jordan |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Petitioner's motion to vacate, set aside or correct sentence **[Doc. 492]** is **DENIED**, and Petitioner's motion for status report hearing **[Doc. 496]**, motion for a ruling **[Doc. 497]**, and motion to expedite ruling **[Doc. 503]** are **DENIED as moot**. This action is **DISMISSED**.

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court **DENIES** petitioner leave to proceed *in forma pauperis* on appeal. See Rule 24 of the Federal Rules of Appellate Procedure. Petitioner having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability **SHALL NOT ISSUE**. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

E N T E R :

                                                                       s/Leon Jordan
                                          United States District Judge

ENTERED AS A JUDGMENT

_____
    CLERK OF COURT